

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

No. 06-13-00048-CR

_____

RONALD TYRONE PACE, Appellant

V.

STATE OF TEXAS, Appellee

On Appeal from the County Court at Law
Gregg County, Texas
Trial Court No. 41560-A

Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

# MEMORANDUM OPINION

Ronald Tyrone Pace, appellant, filed a notice of appeal March 22, 2013, from his conviction of assault. Pace also filed a motion for new trial, which the trial court subsequently granted. As a result of the favorable ruling on his motion for a new trial, Pace now seeks to dismiss his pending appeal.

The trial court's grant of "a new trial restores the case to its position before the former trial . . . ." TEX. R. APP. P. 21.9(b). Because there is no conviction from which to appeal, we have no jurisdiction to consider Pace's appeal. *See Waller v. State*, 931 S.W.2d 640, 643–44 (Tex. App.—Dallas 1996, no pet.).

Consequently, Pace's motion to dismiss is granted, and we dismiss this appeal for want of jurisdiction.


Jack Carter
Justice


Date Submitted:     May 13, 2013
Date Decided:       May 14, 2013

Do Not Publish